NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Ginger Pigott (SBN 162908)
Amy B. Alderfer (SBN 205482)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: 310-586-7800; Fax: 310-586-7800
e-mail: pigottg@gtlaw.com

ATTORNEYS FOR: Defendant Teva Pharmaceuticals USA, Inc.

FILED

2012 NOV 20  PM 12: 40

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY:_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Romo, et al.

Plaintiff(s),

v.

McKesson Corporation, et al.

Defendant(s)

CASE NUMBER:

ED CV 12 - 02036 VAP (OPx)

**CERTIFICATION AND NOTICE**
**OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO:    THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for _____ Defendant Teva Pharmaceuticals USA, Inc.
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

|                    **PARTY**                    |        **CONNECTION**        |
| (List the names of all such parties and identify their connection and interest.) | |

see attached

| November 20, 2012 | _Amy B. Alderfer (MKG)_ |
| Date | Sign |

Amy B. Alderfer
Attorney of record for Defendant Teva Pharmaceuticals USA, Inc.

CV-30 (04/10)
ATL 18,835,077


American LegalNet, Inc.
www.FormsWorkFlow.com

**Attachment to Certification and Notice of Interested Parties (L.R. 7.1-1)**

- Plaintiffs:
  - JUDITH ROMO;
  - VINCENT TALDONE;
  - ROBIN TAYLER;
  - MARGARET TAYLOR;
  - RANDY TAYLOR;
  - RAY TEETS;
  - LAWRENCE TELLS;
  - KATHRYN TEMCHACK;
  - CHARLES TERRY;
  - VERONICA THOMAS;
  - ROBERTA THORNE;
  - MARGARET TIVIS;
  - LINDA TODD;
  - DELORES TOOHEY;
  - DEBRA TOURVILLE;
  - DENA TSOUALS;
  - ALLEN TURNER;
  - CAROLYN TURNER;
  - WANDA TURNER;
  - STARLET TYRONE;
  - GLORIA UNDERWOOD;
  - HENRY UNDERWOOD;
  - JANICE VANISON;
  - WILLIAM VERHEYEN;
  - CHARLES VILDIBILL;

1

Attachment to Certification and Notice of Interested Parties (L.R. 7.1-1)

ATL 18,835,076

- o SHARON WALLGREN;
- o PAM WALSH;
- o SHARON WALSH;
- o KEESHA WARRIOR;
- o LATANGA WASHINGTON;
- o DARLENE WATT;
- o JAMES WEISS;
- o WESLEY WELBORNE, III;
- o DEBRA WHEELER;
- o MARSHA WHITT;
- o CAROLYN WHYNO;
- o CECILIA WILCKENS;
- o SANDRA WILEMON;
- o STELLA WILKERSON-CLARK;
- o JOANN WILLIAMS;
- o JOYCE WILLIAMS;
- o ROSE WILLIAMS;
- o SHANITAS WILLIAMS;
- o MARY WILSON;
- o ROSE WILSON;
- o PATSY WINZEY;
- o JIMMIE WISE;
- o RUTH WOLFSON;
- o JUANITA WOODSON;
- o LYNNE WYSOCKY.
- Defendants:
  - o AAI DEVELOPMENT SERVICES, INC.;

2

**Attachment to Certification and Notice of Interested Parties (L.R. 7.1-1)**

ATL 18,835,076

- o AAI PHARMA SERVICES, INC.;

- o AAIPHARMA LLC;

- o AAIPHARMA, INC;

- o BRENN DISTRIBUTION, INC.;

- o BRENN MANUFACTURING, INC.;

- o CORNERSTONE BIOPHARMA HOLDINGS, INC.;

- o CORNERSTONE BIOPHARMA, INC.;

- o CORNERSTONE PHARMACEUTICALS, INC.;

- o COVIDIEN INC.;

- o COVIDIEN PLC;

- o ELI LILLY AND COMPANY;

- o ENDO PHARMACEUTICALS HOLDINGS INC.;

- o ENDO PHARMACEUTICALS, INC.;

- o GENERICS BIDCO I, LLC;

- o GENERICS BIDCO II, LLC;

- o GENERICS INTERNATIONAL (US PARENT), INC.;

- o GENERICS INTERNATIONAL (US), INC.;

- o MALLINCKRODT INC.;

- o MCKESSON CORPORATION;

- o MYLAN PHARMACEUTICALS, INC.;

- o MYLAN, INC.;

- o NEOSAN PHARMACEUTICALS, INC.;

- o PROPST DISTRIBUTION, INC.;

- o QUALITEST PHARMACEUTICALS, INC.;

- o TEVA BIOPHARMACEUTICALS, INC.;

- o TEVA PHARMACEUTICALS USA, INC.;

- o VINTAGE PHARMACEUTICALS, INC.;

3

**Attachment to Certification and Notice of Interested Parties (L.R. 7.1-1)**

ATL 18,835,076

- o VINTAGE PHARMACEUTICALS, LLC;
  - o WATSON PHARMACEUTICALS, INC.
  - o XANODYNE PHARMACEUTICALS, INC.
- IVAX LLC, Owner of Teva Pharmaceutical Holdings Coöperatieve U.A.
- Orvet UK Unlimited, Majority Shareholder of Teva Pharmaceuticals, USA, Inc.
- Teva Pharmaceutical Holdings Coöperatieve U.A., Minority Shareholder of Teva Pharmaceuticals, USA, Inc.
- Teva Pharmaceutical Industries Ltd., Owner of TEVA Pharmaceuticals Europe B.V.
- TEVA Pharmaceuticals Europe B.V., Owner of Orvet UK Unlimited

4

**Attachment to Certification and Notice of Interested Parties (L.R. 7.1-1)**

ATL 18,835,076